SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Sean Choi (SBN 312256)
schoi@seyfarth.com
2029 Century Park East, Suite 33500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
UTILIQUEST, LLC and DYCOM
INDUSTRIES, INC.

JAMES HAWKINS APLC
James R. Hawkins (SBN 192925)
staff@jameshawkinsaplc.com
Isandra Fernandez (SBN 220482)
isandra@jameshawkinsaplc.com
Anthony L. Draper (SBN 344391)
anthony@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiffs DEMETRIUS
DIXON and RAJENDRA RAJCOOAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS DIXON and RAJENDRA RAJCOOAR,<br><br>        Plaintiffs,<br><br>v.<br><br>DYCOM INDUSTRIES, INC., a Florida corporation and UTILIQUEST, LLC, a Georgia Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-05852 RGK (Ex)<br><br>HONORABLE R. GARY KLAUSNER<br><br>**JOINT REPORT**<br><br>Action Filed: May 15, 2025 |

JOINT REPORT

321643336v.1

Plaintiffs Demetrius Dixon and Rajendra Rajcooar ("Plaintiffs") and Defendants Dycom Industries, Inc. and UtiliQuest LLC ("Defendants") (collectively, the "Parties"), through their respective counsel, provide their Joint Report.

This action, and a separate civil complaint alleging penalties pursuant to the Private Attorneys General Act, entitled *Dixon, et al. v. Dycom Industries, Inc., et al.,* Los Angeles Superior Court Case No. 25STCV16786 ("PAGA Action") are stayed pending the completion of Plaintiffs' arbitration. As of May 26, 2026, both Plaintiffs have commenced arbitration.

Dated: May 26, 2026          Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Christopher A. Crosman*
     Christopher A. Crosman
     Sean Choi
Attorneys for Defendants UTILIQUEST, LLC
and DYCOM INDUSTRIES, INC.

Dated: May 26, 2026          Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Anthony Draper*
     James R. Hawkins
     Isandra Fernandez
     Anthony Draper
Attorneys for Plaintiffs DEMETRIUS DIXON
and RAJENDRA RAJCOOAR

1

321643336v.1

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: May 26, 2026                    */s/ James R. Hawkins*
                                        James R. Hawkins

**Signature Attestation**

I, James R. Hawkins, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 26, 2026                    JAMES HAWKINS APLC


                                        By: */s/ James R. Hawkins*
                                        James R. Hawkins, Esq.

PROOF OF SERVICE