## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-05852-RGK-E | Date | May 26, 2026 |
|---|---|---|---|
| Title | Demetrius Dixon et al v. Dycom Industries, Inc. et al | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) ORDER**

On August 7, 2025, the Court stayed this action pending completion of arbitration (See Order [24]) . The Court further orders as follows:

1.    This action be removed from the Court's active caseload, pending the outcome of arbitration proceedings and/or further order of this Court.

2.    Parties to continue filing a joint status report every **90 days** from the date of this Order pending arbitration.

3.    Within **7 days** from the completion arbitration, the parties shall file a request for entry of judgment or dismissal of this action.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer    jre